[No. 60108-3-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. S.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-00425-6, LeRoy McCullough, J., entered May 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60128-8-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. B.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-00410-8, Anthony P. Wartnik, J. Pro Tem., entered May 16, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60212-8-I. Division One. April 28, 2008.]

NETWORK COMMUNICATIONS, INC., *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-31920-6, Jeffrey M. Ramsdell, J., entered May 30, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 60226-8-I. Division One. April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE TOMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01594-5, Julie Spector, J., entered June 7, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 34835-7-II. Division Two. April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TED NATHANIEL JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01388-2, James E. Warme, J., entered May 12, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.